UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NORTHEAST CARPENTERS HEALTH, PENSION, ANNUITY, APPRENTICESHIP, and LABOR MANAGEMENT COOPERATION FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>KNIGHT WOOD FLOORING, INC., EDWARD L. KNIGHT WOOD FLOORING CONTRACTOR, INC., and CAVALIER FLOORING, INC.,<br><br>Defendants. | 21 CV 0495 (FJS) (DJS)<br><br>**STIPULATION OF DISMISSAL**_____ |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs, Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds, and Defendants, Knight Wood Flooring, Inc., Edward L. Knight Wood Flooring Contractor, Inc., and Cavalier Flooring, Inc., through their undersigned counsel, that whereas no party hereto is an infant, incompetent person, or conservatee, the above-captioned action is hereby dismissed with prejudice, without cost to any party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in facsimile and/or electronically scanned counterparts and may be filed without further notice with the Clerk of Court.

Dated: New York, New York  
       May  10 , 2024

**VIRGINIA & AMBINDER, LLP**

By: _____  
    Maura Moosnick, Esq.  
    *Attorneys for Plaintiffs*  
    40 Broad Street, 7th Floor  
    New York, New York 10004  
    mmoosnick@vandallp.com

Dated: Hudson, New York  
       May  10 , 2024

**FREEMAN HOWARD, P.C.**

By: _____  
    Paul M. Freeman, Esq.  
    *Attorneys for Defendants*  
    441 East Allen Street  
    P.O. Box 1328  
    Hudson, New York 12534  
    freeman@freemanhoward.com

SO ORDERED:

_____  
Frederick J. Scullin, Jr.  
Senior United States District Judge

Date: May 13, 2024

2